UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JANELYS HERNANDEZ,      Case No. 1:23-cv-08882-MMG

               Plaintiff,

-against-      **MOTION FOR**
        **DEFAULT JUDGMENT**

BABY BEAU & BELLE, INC.,

              Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the undersigned attorneys for plaintiff, JANELYS HERNANDEZ (the "Plaintiff") hereby moves, at a date and time to be set by the Court, before the Honorable Judge Margaret M. Garnett, at the Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, courtroom 906, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE**, that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated: Jerich, New York
       March 25, 2024

                                                    Respectfully,

                                                    */s/ Noor A. Saab, Esq.*
                                                    Noor A. Saab, Esq.
                                                    The Law Office of Noor A. Saab
                                                    *Attorney for Plaintiff*
                                                    380 North Broadway, Penthouse West
                                                    Jericho, New York 11753
                                                    Email: NoorASaabLaw@Gmail.com

TO:   BABY BEAU & BELLE, INC
        c/o ROBERTS JOHNS & HEMPHILL, PLLC
        *Authorized Agent*
        7525 PIONEER WAY, STE 202
        Gig Harbor, WA 98335-0000